UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PATRICE SHELLMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV415-119 ) |
| CAROLYN W. COLVIN, *Commissioner of Social Security*, | ) ) ) ) |
| Defendant. | ) |

## O R D E R

The Court having reviewed and considered the petition of Paul T. McChesney of the law firm of McChesney & McChesney, 188 Alabama Street, Spartanburg, South Carolina 29302, for permission to appear pro hac vice on behalf of plaintiff Patrice Shellman, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Paul T. McChesney, as counsel of record for plaintiff Patrice Shellman, in this case.

**SO ORDERED** this __14th__ day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA