IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| PATRICE SHELLMAN, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CASE NO. CV415-119 |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 23), to which no objections have been filed. After a careful review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. Pursuant to 42 U.S.C. § 405(g), this case is **REVERSED** and **REMANDED** to the Administrative Law Judge ("ALJ"). On remand, the ALJ is **DIRECTED** to consider the new mental health evidence presented by Plaintiff, as well as address Plaintiff's arguments concerning her vision and respiratory debilitation. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** consistent with this order and to close this case.

SO ORDERED this 9th day of September 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA