# United States District Court
## Southern District of Georgia

Patrice Shellman

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:15-cv-119

Carolyn W. Colvin

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to this court's order dated 9/09/16, this case is REVERSED and REMANDED to the Administrative Law Judge ("ALJ").



9/9/16
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk